STATE of Missouri, Respondent,

v.

Tracy FREEMAN, Appellant.

Nos. WD 48129, WD 49718.

Missouri Court of Appeals,
Western District.

Sept. 19, 1995.

Patricia A. Richter, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before SPINDEN, P.J., and
BRECKENRIDGE and SMART, JJ.

---

## ORDER

PER CURIAM:

Tracy Freeman appeals from the trial court's judgment finding him guilty of trafficking drugs in the second degree, in violation of § 195.223, RSMo 1994.[1] Freeman was sentenced as a prior and persistent offender to fifteen years imprisonment. Freeman also appeals from the denial of his Rule 29.15 motion, after an evidentiary hearing.

Judgment is affirmed. Rules 30.25(b) and 84.16(b).

1. All statutory references are to RSMo 1994 unless otherwise indicated.